CANTHORN v. STATE.

APPEAL from *Ouachita.*

Facts same as in above case, and same judgment here.